IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CLYDE HARPER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:17CV167 |
| | ) | |
| v. | ) | |
| | ) | |
| NE DEPT OF CORR. SERVICES and NE BLUE CROSS BLUE SHIELD, | ) ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) ) | |

On June 21, 2017, the court ordered Plaintiff to either show cause why this case should not be dismissed pursuant to 28 U.S.C. § 1915(g) or pay the court's $400.00 filing and administrative fees by July 21, 2017 (Filing No. 6). To date, Plaintiff has not made the required showing or paid the required fees. Plaintiff's miscellaneous requests and correspondence (Filing Nos. 7, 8), treated as motions, will be denied without prejudice and the action will be dismissed without prejudice.

IT IS ORDERED:

1. Filing Nos. 7 and 8, treated as motions, are denied without prejudice;

2. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders; and

3. The court will enter judgment by a separate document.

DATED this 25th day of July, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge